THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO MIRANDA, Appellant.

Submitted August 2, 2010; decided September 16, 2010

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OWEN STEWARD, Appellant.

Submitted September 7, 2010; decided September 16, 2010

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

PORTFOLIO RECOVERY ASSOCIATES, LLC, Respondent, v JARED KING, Appellant.

Submitted June 21, 2010; decided September 16, 2010

Motion for reargument denied [*see* 14 NY3d 410 (2010)].

In the Matter of the Claim of CINDY A. RENZ, Appellant, v HOME DEPOT USA, INC., et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.

Submitted June 21, 2010; decided September 16, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.